LAW OFFICES

# WILLIAMS & CONNOLLY LLP*

SARA FATIMA DHANJI
(202) 434-5128
sdhanji@wc.com

680 MAINE AVENUE SW

WASHINGTON, DC 20024

(202) 434-5000

WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

## MEMO ENDORSED

March 31, 2023

**VIA ECF**

The parties' request to submit another joint letter to the Court by April 14, 2023 is granted. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: April 7, 2023
New York, New York

The Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re:     *Haitian Bridge Alliance et al. v. U.S. Dep't of Homeland Sec. et al.,* No. 1:22-cv-08344-ER

Dear Judge Ramos:

Pursuant to the Court's Order, Dkt. No. 37, I write on behalf of all parties to provide the Court with a status report regarding the parties' progress in resolving the two Freedom of Information Act ("FOIA") requests, dated October 1, 2021 and February 25, 2022, as to defendants U.S. Department of Homeland Security ("DHS"), U.S. Customs and Border Protection ("CBP"), and U.S. Immigration and Customs Enforcement ("ICE") (collectively, the "DHS Defendants" or the "Government").

When the parties last submitted a letter to this Court on March 2, 2023, Dkt. No. 36, they noted that Plaintiffs had provided a search plan to the DHS Defendants on February 10, 2023. The parties then met and conferred on March 7, 2023. The DHS Defendants provided a substantive response to Plaintiffs' search plan yesterday, March 30, 2023. Plaintiffs are considering the proposals contained in that response, and the parties have committed to conferring substantively and in good faith as needed next week in order to facilitate a resolution by April 14. In addition, counsel for the Government have committed to conferring with defendant CBP to propose a production schedule for the February 25, 2022 FOIA Request and the agreed-upon portions of the October 1, 2021 FOIA Request by April 7, 2023. Counsel for the Government have also informed Plaintiffs that defendant DHS has begun processing the February 25, 2022 FOIA Request, and should complete its processing and production of non-exempt records, or portions thereof, if any, in approximately two months.

WILLIAMS & CONNOLLY LLP®

March 31, 2023
Page 2

The parties thus respectfully propose that they submit another joint letter to the Court by April 14, 2023, regarding whether the remaining issues have been resolved or if the Court's intervention is required because the parties have not been able to reach agreement.

We thank the Court for its consideration of this matter.

Respectfully submitted,


/s/ *Sara Fatima Dhanji*
Stephen J. Fuzesi (Bar No. SF2000)
Sara Fatima Dhanji *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: sfuzesi@wc.com
        sdhanji@wc.com

For Matters in New York:
WILLIAMS & CONNOLLY LLP
650 Fifth Avenue
Suite 1500
New York, NY 10019

*Counsel for Plaintiffs*


cc:    Dana Walsh Kumar and Tomoko Onozawa, Counsel for Defendants (via ECF);
       Lauren Wilfong, Sarah Decker, Sarah Telo Gillman, Allison Crennen-Dunlap, Tess
       Hellgren, and Stephen Manning, Counsel for Plaintiffs (via ECF)