LAW OFFICES
WILLIAMS & CONNOLLY LLP®

SARA FATIMA DHANJI
(202) 434-5128
sdhanji@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 17, 2023

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

    Re:    *Haitian Bridge Alliance et al. v. U.S. Dep't of Homeland Sec. et al.,* No. 1:22-cv-08344-ER

Dear Judge Ramos:

    Plaintiffs Haitian Bridge Alliance, African Communities Together, and UndocuBlack Network respectfully request that the Court reschedule the conference on the parties' pre-motion letters currently set for May 23. Dkt. No. 47. Undersigned counsel, who intends to argue on behalf of Plaintiffs and has been leading negotiations with the Government regarding the FOIA requests at issue, is already scheduled to be in a deposition at that time. Defendants do not oppose this request. Defendants' counsel have informed us they are available on May 25 between 1 PM and 5 PM, if the Court may be able to reschedule for then.

    We thank the Court for its consideration.

    Respectfully submitted,

/s/ *Sara Fatima Dhanji*
Stephen J. Fuzesi (Bar No. SF2000)
Sara Fatima Dhanji *(pro hac vice)*
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: sfuzesi@wc.com

WILLIAMS & CONNOLLY LLP®

May 17, 2023
Page 2

                                            sdhanji@wc.com

                                          For Matters in New York:
                                          WILLIAMS & CONNOLLY LLP
                                          650 Fifth Avenue
                                          Suite 1500
                                          New York, NY 10019

                                          *Counsel for Plaintiffs*

cc:    Dana Walsh Kumar and Tomoko Onozawa, Counsel for Defendants (via ECF); Lauren Wilfong, Sarah Decker, Sarah Telo Gillman, Allison Crennen-Dunlap, Tess Hellgren, and Stephen Manning, Counsel for Plaintiffs (via ECF)