DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By:    DANA WALSH KUMAR
       TOMOKO ONOZAWA
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2741/2721
Facsimile: (212) 637-2686
Email: dana.walsh-kumar@usdoj.gov
      tomoko.onozawa@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE, AFRICAN COMMUNITIES TOGETHER, and UNDOCUBLACK NETWORK,<br><br>               Plaintiffs,<br><br>          -v-<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, and FEDERAL BUREAU OF PRISONS,<br><br>               Defendants. | 22 Civ. 8344 (ER) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Defendants U.S. Department of Homeland Security, U.S. Customs and Border Protection, and

U.S. Immigration and Customs Enforcement's (collectively, the "DHS Defendants") Motion for

Partial Summary Judgment; the Declaration of Fernando Pineiro dated August 11, 2023, and the

exhibits annexed thereto; the Declaration of Patrick Howard dated August 11, 2023, and the

exhibits annexed thereto; and the Declaration of Catrina Pavlik-Keenan dated August 11, 2023,

and the exhibits annexed thereto, the DHS Defendants, by their attorney, Damian Williams,

United States Attorney for the Southern District of New York, hereby moves this Court for an

order pursuant to Federal Rule of Civil Procedure 56(a) directing partial summary judgment in

their favor.

 PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's endorsed order dated

July 28, 2023 [Dkt. No. 58], opposition papers, if any, are due on or before September 15, 2023,

and reply papers, if any, are due on or before October 13, 2023.

Dated: August 11, 2023      Respectfully submitted,
   New York, New York

             DAMIAN WILLIAMS
             United States Attorney for the
             Southern District of New York

       By:  */s/ Dana Walsh Kumar*
           DANA WALSH KUMAR
           TOMOKO ONOZAWA
           Assistant United States Attorneys
           86 Chambers Street, Third Floor
           New York, New York 10007
           Telephone: (212) 637-2741/2721
           Facsimile: (212) 637-2686
           Email: dana.walsh-kumar@usdoj.gov
              tomoko.onozawa@usdoj.gov