

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 16, 2024

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

# MEMO ENDORSED

Re:    *Haitian Bridge Alliance et al. v. U.S. Department of Homeland Security et al.*, No. 22 Civ. 8344 (ER)

Dear Judge Ramos:

We represent defendants U.S. Department of Homeland Security, U.S. Customs and Border Protection, and U.S. Immigration and Customs Enforcement (collectively, the "DHS Defendants" or the "Government"), in the above-referenced action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 522, *et seq*.  We write to respectfully request an adjournment of the court conference currently scheduled for February 22, 2024.  *See* ECF No. 78.  The reason for this request is that counsel for the Government will be out of the office due to previously scheduled commitments on February 22.  Plaintiffs consent to this request, and all parties are available for a conference on February 29 or March 6, 2024, if either of those dates is convenient for the Court.

We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ *Dana Walsh Kumar*
Dana Walsh Kumar
Tomoko Onozawa
Assistant United States Attorneys
Tel.: (212) 637-2741/2721
Dana.Walsh.Kumar@usdoj.gov
Tomoko.Onozawa@usdoj.gov

The status conference is adjourned to February 29, 2024 at 11:30 a.m. The parties are reminded to call (877) 411-9748 and enter access code 3029857#. SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated:  2/20/2024
New York, New York

cc: Plaintiffs' Counsel (By ECF)