

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 17, 2025

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Haitian Bridge Alliance et al. v. U.S. Department of Homeland Security et al.*,
           22 Civ. 8344 (ER)

Dear Judge Ramos:

      We represent defendants U.S. Department of Homeland Security ("DHS-HQ"), U.S. Customs and Border Protection ("CBP"), and U.S. Immigration and Customs Enforcement ("ICE") (collectively, the "DHS Defendants" or the "Government"), in the above-referenced action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 522, *et seq.* In accordance with Paragraph 4 of the Stipulation and Order entered on March 8, 2024, that was amended in part by the Court's endorsed order dated December 1, 2025 (ECF Nos. 82, 98), and in consultation with Plaintiffs' counsel, we write respectfully to provide a joint status report regarding the DHS Defendants' processing of potentially responsive records.

**1.    DHS-HQ**

      On September 30, 2025, following a review of 402 pages of potentially responsive records, DHS-HQ released 66 pages in full and 83 pages in part. Of the 402 pages, 156 pages were deemed non-responsive, 25 pages were duplicates, and 55 pages were sent for consultation. In addition, 17 pages were referred to CBP for direct response to Plaintiffs.

      On December 15, 2025, following a review of 401 pages of potentially responsive records, DHS-HQ released 8 pages in full and 30 pages in part. DHS-HQ sent 158 pages for consultation and determined that 11 pages were duplicates and 194 pages were non-responsive. In addition, of the 26 pages that DHS-HQ previously sent for consultation from prior productions, 6 pages were released in full, 14 pages were released in part, and 6 pages were deemed non-responsive.

      As of the December 15, 2025 release, DHS-HQ estimates that it has approximately 3,710 pages remaining to be reviewed.

**2.     CBP**

As set forth in the Government's March 7, 2025 status letter (ECF No. 93), as of January 31, 2025, CBP has completed its processing of all potentially responsive records obtained by its searches. CBP has been reviewing and processing the records referred by DHS-HQ, and will release responsive, non-exempt portions of those records to Plaintiffs as soon as practicable.

**3.     ICE**

As set forth in the Government's January 6, 2025 status letter (ECF No. 92), ICE has completed its processing of all potentially responsive records obtained by its searches. On September 9, 2025, ICE completed its review of 7 pages of records that were referred by DHS-HQ for review and processing, and released to Plaintiffs 5 pages in full, and 2 pages in part.

We thank the Court for its consideration of this letter.

                Respectfully,

                JAY CLAYTON
                United States Attorney

By:    /s/ *Tomoko Onozawa*
         DANA WALSH KUMAR
         TOMOKO ONOZAWA
         Assistant United States Attorneys
         Tel.: (212) 637-2741/2721
         E-mail:   Dana.Walsh.Kumar@usdoj.gov
                          Tomoko.Onozawa@usdoj.gov

cc:     Plaintifs' Counsel (By ECF)