

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 22, 2026

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Haitian Bridge Alliance et al. v. U.S. Department of Homeland Security et al.*,
              22 Civ. 8344 (ER)

Dear Judge Ramos:

We represent defendants U.S. Department of Homeland Security ("DHS-HQ"), U.S. Customs and Border Protection ("CBP"), and U.S. Immigration and Customs Enforcement ("ICE") (collectively, the "DHS Defendants" or the "Government"), in the above-referenced action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 522, *et seq*. In accordance with Paragraph 4 of the Stipulation and Order entered on March 8, 2024, that was amended in part by the Court's endorsed order dated December 1, 2025 (ECF Nos. 82, 98), and in consultation with Plaintiffs' counsel, we write respectfully to provide a joint status report regarding the DHS Defendants' processing of potentially responsive records.

## 1.    DHS-HQ

On May 15, 2026, following a review of 1,566 pages of potentially responsive records, DHS-HQ released 30 pages in full and 52 pages in part. Of the 1,566 pages DHS-HQ reviewed, 1,103 pages were deemed non-responsive and 355 pages were duplicates.

On June 15, 2026, following a review of 450 pages of potentially responsive records, DHS-HQ released 15 pages in full and 27 pages in part. DHS-HQ referred 39 pages to other agencies or DHS components for consultation and determined that 369 pages were non-responsive.

As of the last release, DHS-HQ estimates that it has approximately 696 pages remaining to be processed.

## 2.    CBP

As set forth in the Government's March 7, 2025 status letter (ECF No. 93), as of January 31, 2025, CBP has completed its processing of all potentially responsive records obtained through

its searches.  CBP continues to review and process the records referred by DHS-HQ, and will release responsive, non-exempt portions of those records to Plaintiffs as soon as practicable.

**3.    ICE**

As set forth in the Government's January 6, 2025 status letter (ECF No. 92), ICE has completed its processing of all potentially responsive records obtained through its searches and all pages referred by DHS-HQ.

We thank the Court for its consideration of this letter.

Respectfully,

JAY CLAYTON
United States Attorney

By:    /s/ *Dana Walsh Kumar*
DANA WALSH KUMAR
TOMOKO ONOZAWA
Assistant United States Attorneys
Tel.: (212) 637-2741/2721
E-mail:    Dana.Walsh.Kumar@usdoj.gov
            Tomoko.Onozawa@usdoj.gov

cc:    Plaintifs' Counsel (By ECF)